Jeffrey F. Keller, Esq. (SBN 148005)
jfkeller@kellergrover.com
Kathleen R. Scanlan, Esq. (SBN 197529)
kscanlan@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, CA 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

David J. Caputo, Esq. (PA 79317)
david.caputo@klinespecter.com
David C. Williams, Esq. (PA 308745)
david.williams@klinespecter.com
**KLINE & SPECTER
A PROFESSIONAL
CORPORATION**
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Telephone: (215) 772-1000
Facsimile: (215) 735-5827

Joseph Trautwein, Esq. (PA 82848)
jtrautwein@cpmiteam.com
**JOSEPH TRAUTWEIN
& ASSOCIATES, LLC**
17 Auchy Road
Erdenheim, PA 19038
Telephone: (215) 764-2301

Attorneys for Relator DOE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* RELATOR DOE<br><br>Plaintiff,<br><br>v.<br><br>CONVERGENT CAPITAL PARTNERS II, L.P., CONVERGENT CAPITAL PARTNERS III, L.P., and TAVANT TECHNOLOGIES, INC.<br><br>Defendants. | **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730**<br><br>CIVIL ACTION NO. C 15-2774 PSG<br><br>~~PROPOSED~~ **ORDER GRANTING REQUEST FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE; CONSENT OF THE UNITED STATES OF AMERICA** |

~~PROPOSED~~ ORDER GRANTING DISMISSAL       CIVIL ACTION NO. C 15-2774 PSG

## ORDER

Relator, having filed with this Court a Request for Dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the Federal False Claims Act, 31 U.S.C. § 3730(b)(1), and the United States by and through Assistant United States Attorney Jonathan Lee, having duly consented to said dismissal without prejudice, good cause appearing, it is hereby **ORDERED** that this action is dismissed against all defendants without prejudice.

Entered this  29th  day of  February , 2016.

_____
Hon. PAUL S. GREWAL
United States Magistrate Judge

---

~~PROPOSED~~ ORDER GRANTING DISMISSAL        1        CIVIL ACTION NO. C 15-2774 PSG